**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**EMMA COOPER,**

     **Plaintiff,**

**vs.**                                                    **CASE NO. 1:07CV060-SPM/AK**

**TARGET CORPORATION,**

     **Defendant.**

_____/


## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion to Extend Discovery Deadlines, which is unopposed.  (Doc. 17).  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the following deadlines are hereby extended:

Discovery: **February 12, 2008**

Dispositive motions: **February 29, 2008**

All other deadlines shall remain as presently scheduled.  (See Doc. 16).

**DONE AND ORDERED** this __6th__ day of December, 2007.


*s/ A. KORNBLUM*_____
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**