IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EMMA COOPER,

    Plaintiff,

vs.                                    CASE NO.: 1:07cv60-SPM/AK

TARGET CORPORATION,
a foreign corporation,

    Defendant.
_____/

## ORDER EXTENDING MEDIATION DEADLINE

Pending before the Court is Plaintiff's Motion to Extend Mediation Deadline (doc. 19). Defendant does not oppose, and the extension will not interfere with other deadlines in the Scheduling Order for Discovery, Mediation, and Trial. Accordingly, it is

ORDERED AND ADJUDGED:

1. Plaintiff's Motion to Extend Mediation Deadline (doc. 19) is granted.

2. The parties shall have up to and including February 29, 2008, to conduct mediation.

DONE AND ORDERED this 29th day of January, 2008.

                                   *s/ Stephan P. Mickle*
                                   Stephan P. Mickle
                                   United States District Judge