IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EMMA COOPER,

    Plaintiff,

vs.                                        CASE NO.: 1:07cv60-SPM/AK

TARGET CORPORATION,
a foreign corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 22), the Notice of Settlement (doc. 23), and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 14th day of February, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge